**En Banc Order filed April 9, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00390-CR

## CHRISTOPHER EDWARD HATFIELD, Appellant

## V.

## THE STATE OF TEXAS, Appellees

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1577528**

## EN BANC ORDER

On December 7, 2018, appellant Christopher Edward Hatfield filed "Appellant's Motion to Abate the Appeal and Remand to the Trial Court for Hearing on Appellant's Motion for New Trial." This court has not yet ruled on the Motion to Abate. A majority of the court's members has voted to hear the Motion to Abate en banc for the purpose of determining whether the en banc court should overrule the precedent established by the published order in *Walker v. State*, No. 14-18-00601-CR, 2019 WL 1031428, at *1 (Tex. App.—Houston [14th Dist.] Mar. 5, 2019, published order). Tex. R. App. P. 41.1(a), 41.2(a), (c); *see Ross v. Union*

*Carbide Corp*., 296 S.W.3d 206, 216 (Tex. App.—Houston [14th Dist.] 2009, pet. denied) (noting that the court granted en banc consideration of the case to determine whether to overrule a precedent from a prior panel of the court). Therefore, we **ORDER** that the Motion to Abate be submitted to the court for en banc consideration and disposition without oral argument. Appellant and Appellee each have fifteen days from the date of this order to file any additional briefing each may deem appropriate regarding the Motion to Abate.

PER CURIAM

En Banc Court consists of Chief Justice Frost and Justices Christopher, Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, and Poissant.

(Chief Justice Frost and Justices Christopher, Wise, and Jewell voted to deny en banc consideration of the Motion to Abate.)